UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THOSE CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON,

    Plaintiff,

v.                                                                                                Civ. No. 23-37 JHR/GJF

U-DRIVE ACCEPTANCE CORP., INC.;
ABQ, INC.; and EUGENE SALAZAR,

    Defendants.

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

THIS MATTER is before the Court on Plaintiffs' unopposed Motion for Leave to Amend Complaint [ECF X]. The Court, noting the parties' concurrence, finds the Motion well-taken and **GRANTS** it.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. Plaintiff shall file its Amended Complaint not later than August 8, 2023.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE