## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
*SUBSCRIBING TO CERTIFICATE NO. SUAWSD50147-2001*
    Plaintiff(s),

  -vs-                                                  No. CIV 23-00037 JHR/GJF

U-DRIVE ACCEPTANCE CORPORATION, INC,
ABQ, INC., and FJS, LLC
    Defendant(s).

## **CLERK'S ENTRY OF DEFAULT**

It appearing from the files and records of this Court as of September 18, 2023, that Defendants U-DRIVE ACCEPTANCE CORPORATION, INC., ABQ, INC., and FJS, LLC, against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

    **I, MITCHELL R. ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendants U-DRIVE ACCEPTANCE CORPORATION, INC, ABQ, INC., & FJS, LLC

    DATED at Las Cruces, New Mexico, this 18th day of September, 2023.

                                                       /s/MITCHELL R. ELFERS
                                                       **MITCHELL R. ELFERS**
                                                       **CLERK, U. S. DISTRICT COURT**