UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THOSE CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON,

    Plaintiff,

v.                                                                                                  Civ. No. 23-37 JHR/GJF

U-DRIVE ACCEPTANCE CORP., INC.;
ABQ, INC.; and EUGENE SALAZAR,

    Defendants.

## INITIAL SCHEDULING ORDER

The above-captioned cause has been assigned to this Court for scheduling, case management, discovery, and other non-dispositive motions. The Federal Rules of Civil Procedure, as amended, as well as the Local Rules of the Court will apply to this lawsuit.

The parties will "meet and confer" no later than **October 13, 2023**, to formulate a provisional discovery plan. Fed. R. Civ. P. 26(f). The time allowed for discovery is generally 120 to 180 days. The parties will cooperate in preparing a "Joint Status Report and Provisional Discovery Plan" ("JSR") which follows the sample JSR available at the Court's website.[1] The blanks for suggested/proposed dates are to be filled in by the parties.[2] Actual dates will be promulgated by order of the court shortly after entry of the JSR. Plaintiff shall file the JSR no later than **October 23, 2023**. Any modification of the dates in the scheduling order that issue from the JSR requires showing good cause and obtaining the Court's express and written approval.

Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within

---

[1] Please visit the Court's website at www.nmd.uscourts.gov/forms to download the standardized "Joint Status Report and Provisional Discovery Plan" form.

[2] Please discuss and if possible agree on how many requests for production each side will need despite the sample JSR not prompting such a discussion.

fourteen (14) days of the meet-and-confer session.

A Rule 16 scheduling conference will be conducted by telephone on **October 30, 2023, at 1:15 p.m. MDT**. The parties shall call the Court's conference line at (888) 363-4735 and use access code 9873158 to connect to the proceedings. Client attendance is not required.

At the Rule 16 scheduling conference, the parties should be prepared to discuss discovery needs and scheduling, all claims and defenses, initial disclosures, and the timing of expert disclosures and reports under Rule 26(a)(2). We will also discuss the status of service on Defendant Singh and whether, if served, he will be represented by counsel for Defendant Sunshine Trucking LLC or otherwise. We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). If service on all parties is not complete, Plaintiff is responsible for notifying all parties of the content of this Order.

Pre-trial practice in this case shall be in accordance with the foregoing.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE