IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOSE CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, SUBSCRIBING TO
CERTIFICATE NO. SUAWSD50147-2001,

     Plaintiff,

vs.                                                                Case No.: 1:23-cv-00037-KG-GJF

U-DRIVE ACCEPTANCE CORPORATION,
INC., ABQ, INC., EUGENE SALAZAR and
FJS, LLC,

     Defendants.

## DISMISSAL ORDER WITH PREJUDICE

The Court having reviewed the joint stipulation of the parties to dismiss pursuant to

settlement, and the Court being fully advised;

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice,

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

SO ORDERED.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Served electronically on all ECF – registered counsel of record.

Prepared by:

*/s/: Howard J. Fishman*

Howard J. Fishman (admitted *pro hac vice*)
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Wacker Drive, Suite 2550
Chicago, Illinois 60606
Tel:    (312) 431-3700
Fax:    (312) 431-3670
hfishman@karballaw.com

    and

Gregory D. Steinman
MADISON, MROZ STEINMAN, KENNY & OLEXY, P.A.
Albuquerque Plaza, Suite 1600
201 Third Street, N.W.
Albuquerque, New Mexico, 87102
Tel:    (505) 242-2177
Fax:    (505) 242-7184
gds@madisonlaw.com
Attorneys for *THOSE CERTAIN UNDERWRITERS*
*AT LLOYD'S, LONDON, SUBSCRIBING TO*
*CERTIFICATE NO. SUAWSD50147-2001*